```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A04-0247--CV (RRB)
             "JANSSEN CONTRACTING CO V JON P. COLMAN ET AL"

            Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 10/08/04
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (4) Incorporated or Principal Place of Business in This State
     DEF Diversity: (2) Citizen of Another State

    Nature of Suit: (190) Other contract actions

            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 10/08/04 receipt # 00124155
          Trial by: Jury


Parties of Record:                            Counsel of Record:

PLF 1.1            JANSSEN CONTRACTING CO        Thomas S. Gingras
                                                 Eide Miller & Pate
                                                 425 G Street, Suite 930
                                                 Anchorage, AK 99501
                                                 907-279-0930
                                                 FAX 907-279-0933

DEF 1.1            COLMAN, JON P.                Robert Blasco
                                                 Robertson Monagle et al
                                                 801 W. 10th Street, Suite 300
                                                 Juneau, AK 99802
                                                 907-586-3340
                                                 FAX 907-586-6818

DEF 2.1            NORTHWEST HYGIENETICS INC     Robert Blasco
                                                 (see above)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0247--CV (RRB)
          "JANSSEN CONTRACTING CO V JON P. COLMAN ET AL"

                        For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 10/08/04
           Closed: NO

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (4) Incorporated or Principal Place of Business in This State
    DEF Diversity: (2) Citizen of Another State

   Nature of Suit: (190) Other contract actions

           Origin: (2) Removed from State Court
           Demand:
       Filing fee: Paid $150.00 on 10/08/04 receipt # 00124155
         Trial by: Jury


 Document #   Filed      Docket text

     1 -  1  10/08/04   DEF 1-2 Notice of Removal from Superior Court 3AN-04-7209CI w/att exhs.

     2 -  1  10/08/04   RRB Minute Order to Petitioner Subsequent to Removal. Petitioner to file
                        w/i 10 days copies of state crt doc and svc list. cc: cnsl

     3 -  1  10/15/04   DEF 1-2 Service List.

     4 -  1  10/15/04   DEF 1-2 Notice of filing records purusuant to 28:1446(a).

     5 -  1  12/09/04   RRB Minute Order that plf is required to take action as to case not at
                        issue. Plf to require an answer or apply for default w/in 20 days.  cc:
                        cnsl

     6 -  1  01/03/05   RRB Minute Order Dismissal for failure to take action (WARNING).  Def as
                        to whom the case is not at issue 120 days from filing the complaint will
                        be
                        dismissed for lack of prosecution.   cc: cnsl

     7 -  1  01/10/05   PLF 1 Stipulation for extension of time until 1/12/05 for defendants to
                        file  their answers.

     8 -  1  01/11/05   RRB Order granting stipulation for extension of time until 1/12/05 for
                        defendants to answers the complaint (7-1). cc: cnsl

     9 -  1  01/18/05   DEF 1-2 Address Change Notice.

    10 -  1  01/18/05   DEF 1-2 Answer to Complaint.

    11 -  1  01/20/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    12 -  1  02/17/05   PLF 1 Notice regarding scheduling & planning conference report.

    13 -  1  02/24/05   PLF 1 Notice re: scheduling and planning conference report w/att exh.

    14 -  1  02/25/05   PLF 1 scheduling and planning conference report.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A04-0247--CV (RRB)
                      "JANSSEN CONTRACTING CO V JON P. COLMAN ET AL"

                                   For all filing dates


Document #    Filed      Docket text

   15  -   1  03/03/05   RRB Minute Order a scheduling conference is set for 3/24/05 at 10:00
                         a.m. in courtroom #2.  cc: cnsl

   16  -   1  03/17/05   PLF 1 Stipulation to vacate planning conference and set deadlines for
                         expert disclosure.

   17  -   1  03/18/05   RRB Minute Order granting stipulation to vacate planning conference and
                         set deadlines for expert (16-1).  The Sch conf set 3/24/05 is vacated
                         and a S&P order shall be issued.  cc: cnsl

   18  -   1  03/21/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 12/09/05; Dispositive motions deadline 01/09/06; Estimate of
                         trial 6 days; TBJ. cc: cnsl

   19  -   1  04/15/05   DEF 1-2 motion to amend answer w/att memo & amended answer.

   20  -   1  05/06/05   RRB Order granting motion to amend answer (19-1).  cc: cnsl

   21  -   1  05/06/05   DEF 1-2 Answer (Amended).

   21  -   2  05/06/05   DEF 1-2 Counterclaim.
```