IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

**FILED**
DEC 1 2 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____ Deputy

JANSSEN CONTRACTING COMPANY, )
)
    Plaintiff, )
)
v. )
) Case No. A04-0247CV (RRB)
JON P. COLMAN and NORTHWEST )
HYGIENETICS, INC, )
)
    Defendants. ) **MOTION FOR PRETRIAL**
) **CONFERENCE**
)

Defendants Colman and Northwest Hygienetics, Inc. (hereafter Colman) request that this Court schedule a pretrial conference pursuant to D. Ak. L.R. 16.1(d).

This Court stayed all discovery and pretrial matters in this case pending resolution of certain motions in Case No. A04-0271CV (RRB). The Court has dismissed that action for lack of federal jurisdiction. Therefore, this action should proceed. Colman requests the Court provide the parties with a date to complete the Rule 26(f), Federal Rules of Civil Procedure Report and a date for a pretrial conference.

DATED 12/9/05

ROBERTSON, MONAGLE & EASTAUGH

By: /s/ Robert P. Blasco
Robert P. Blasco
Of Attorneys for Jon P. Colman and
Northwest Hygienetics

ROBERTSON, MONAGLE & EASTAUGH, P.C.
GOLDBELT PLACE, SUITE 300
801 WEST 10TH STREET
JUNEAU, ALASKA 99801
PHONE: (907) 586-3340

**Certificate of Service**

1  On 12/9/05 a true and correct copy of the foregoing document
was served on the following attorney(s) of record via:
2

3  _X_ U.S. First Class Mail, postage pre-paid
____ fax
4  ____ court box
____ hand-delivered
5
Thomas S. Gingras
6  Eide, Miller & Pate
425 G St., Ste. 930
7  Anchorage, AK 99501

8
*[signature]*
9  Laurie Gyles-Chesnut

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2