**FILED**

DEC 21 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
_____Deputy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JANSSEN CONTRACTING   v.   JOHN P. COLMAN, et al.

DATE:   December 19, 2005      CASE NO.   A04-0247 CV (RRB)

THE HONORABLE RALPH R. BEISTLINE 

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE SCHEDULING AND PLANNING REPORT**

---

The parties are to file a revised scheduling and planning conference report by the close of business on **Friday, January 20, 2006**.

A04-0247-CV (RRB)
R. BLASCO
T. GINGRAS (EIDE)    12-21-05

23