IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JANSSEN CONTRACTING )
COMPANY, INC., )
                    )
         Plaintiff, )
                    )
    vs.             )
                    )
JON P. COLMAN and NORTHWEST )
HYGIENETICS, INC., )
                    )
         Defendants. )
                    )
_____) Case No. A04-247 CV (RRB)

## SCHEDULING AND PLANNING CONFERENCE REPORT

1. **Meeting.** In accordance with F.R.Civ.P. 26(f), a meeting was held on January 18 and 19, 2006 and was attended by:

    Thomas Gingras        Attorney for plaintiff (Janssen Contracting Company, Inc.)

    Robert P. Blasco      Attorney for defendants (Jon P. Colman & Northwest Hygienetics, Inc.)

The parties recommend the following:

2. **Pre-Discovery Disclosures.** The information required by F.R.Civ.P. 26(a)(1):

    ___  have been exchanged by the parties

    _x_  will be exchanged by the parties by May 1, 2006

    Proposed changes to disclosure requirements: None.

    Preliminary witness lists

    ___  have been exchanged by the parties

    _x_  will be exchanged by the parties by May 1, 2006

*Janssen v. Colman, et al.*, Case No. A04-247 CV (RRB)
Scheduling and Planning Conference Report

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

3. **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Liability and damages.

4. **Discovery Plan.** The parties jointly propose to the court the following discovery plan.

    A.    Discovery will be needed on the following issues:

Liability and damages.

    B.    All discovery commenced in time to be completed by October 16, 2006

    C.    Limitations on Discovery.

        1.    Interrogatories

        __x__ No change from F.R.Civ.P. 33(a)

        ____ Maximum of ____ by each party to any other party.

Responses due in ____ days.

        2.    Requests for Admissions.

        __x__ No change from F.R.Civ.P. 36(a).

        ____ Maximum of ____ requests.

Responses due in ____ days.

        3.    Depositions.

        __x__ No change from F.R.Civ.P. 30(a), (d).

        ____ Maximum of ____ depositions by each party.

Depositions not to exceed ____ hours unless agreed to by all parties.

    D.    Reports from retained experts.

        ____ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

    __x__    Reports due:

From plaintiff September 1, 2006        From defendant October 6, 2006

Rebuttal reports from plaintiff October 20, 2006

E.    Supplementation of disclosures and discovery responses are to be made:

    ___    Periodically at 60-day intervals from the entry of scheduling and planning order.

    __x__    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    __x__    45 days prior to the close of discovery.

    ___    Not later than (*insert date*)

5.    **Pretrial Motions**.

    __x__    No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    ___    Motions to amend pleadings or add parties to be filed not later than (*insert date*)

    ___    Motions under the discovery rules must be filed not later than (*insert date*).

    ___    Motions in limine and dispositive motions must be filed not later than (*insert date*).

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

6. **Other Provisions:**

   A. __x__ The parties do not request a conference with the court before the entry of the scheduling order.

   ____ The parties request a scheduling conference with the court on the following issue(s):

   B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

   ____ This matter is not considered a candidate for court-annexed alternative dispute resolution.

   __x__ The parties will file a request for alternative dispute resolution not later than November 15, 2006.

   ____ Mediation   ____ Early Neutral Evaluation

   C. The parties ____ do  __x__ not consent to trial before a magistrate judge.

   D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

   ____ All parties have complied

   __x__ Compliance not required by any party

7. **Trial.**

   A. The matter will be ready for trial:

   ____ 90 days after the discovery close date.

   __x__ not later than December 11, __2006__

   B. This matter is expected to take 5 days to try.

   C. Jury Demanded  __x__ Yes  ____ No

   Right to jury trial disputed?  ____ Yes  No __x__

*Janssen v. Colman, et al.*, Case No. A04-247 CV (RRB)
Scheduling and Planning Conference Report

Page No. 4

EIDE, GINGRAS & PATE, P.C.
Attorneys for Plaintiff
Janssen Contracting Company, Inc.

Dated: 1/20/06       By: _____
                         Thomas S. Gingras
                         Alaska Bar No. 7811098


ROBERTSON, MONAGLE &
EASTAUGH
Attorneys for Defendants
Jon P. Colman & Northwest Hygienetics, Inc.

Dated: 1/20/06       By: _____ for R. Blasco
                         Robert P. Blasco
                         Alaska Bar No. 7710098

f:\245\18\scheduling and planning conference report

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

*Janssen v. Colman, et al.*, Case No. A04-247 CV (RRB)
Scheduling and Planning Conference Report                Page No. 5