Thomas S. Gingras, Esq.
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE, P.C.
425 G Street, Suite 930
Anchorage, Alaska  99501
Tel. (907) 279-0930
Fax. (907) 279-0933
E-mail thomas.gingras@empalaska.com

Attorneys for Plaintiff
    Janssen Contracting Company, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JANSSEN CONTRACTING            )
COMPANY, INC.,                 )
                               )
            Plaintiff,         )
                               )
        vs.                    )
                               )
JON P. COLMAN and NORTHWEST    )
HYGIENETICS, INC.,             )
                               )
            Defendants.        )
_____) Case No. A04-247 CV (RRB)

CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of January, 2006, a copy of the foregoing Scheduling and Planning Conference Report was served electronically on Robert P. Blasco, Esq. and Thomas S. Gingras, Esq.

s/Thomas S. Gingras

Certificate of Service                                        Page No. 1
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A04-247 CV (RRB)

CERTIFICATE OF SERVICE

Thomas S. Gingras certifies that on this 20th day of January, 2006, a copy of the foregoing Certificate of Service was served electronically on Robert P. Blasco, Esq. and Thomas S. Gingras, Esq.

Certificate of Service                                                                                   Page No. 2
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A04-247 CV (RRB)