IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>JON P. COLMAN and NORTHWEST HYGIENETICS, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. A04-247 CV (RRB) |

## STIPULATION TO EXTEND ALL PRETRIAL DEADLINES

Given that pending motions in state court case 3AN-05-8396 Civil may potentially resolve all matters, although the parties do not concede collateral estoppel, the parties stipulate to continue all pre-trial deadlines for two months.

                 EIDE, GINGRAS & PATE, P.C.
                 Attorneys for Plaintiff
                 Janssen Contracting Company, Inc.

_September 1, 2006_          By:  _s/Thomas S. Gingras_
                    Thomas S. Gingras
                    Alaska Bar No. 7811098

                 ROBERTSON, MONAGLE & EASTAUGH
                 Attorneys for Defendants
                 Jon P. Colman and Northwest Hygienetics, Inc.

_September 1, 2006_          By:  _s/Robert P. Blasco_
                    Robert P. Blasco
                    Alaska Bar No. 7710098

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

## ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2006.

_____
Ralph R. Beistline
United States District Judge

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 1st day of September 2006, I served by

[ ] facsimile
[ ] hand delivery
[ ] first class mail
[X] electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

**Attorney for Jon P. Colman and Northwest Hygienetics**
Robert P. Blasco, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Highway, Suite 202
Juneau, AK 99801

EIDE, GINGRAS & PATE, P.C.

_____
Patti J. Juliussen

F:\245\18\Stip To Extend Pre-Trial Deadliness.DOC

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Stipulation to Extend Pre-Trial Deadlines
*Janssen Contracting v. Jon P. Colman, et al.,* Case No. A04-247 CV (RRB)

Page No. 2