IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JON P. COLMAN and NORTHWEST HYGIENETICS, INC., | ) ) ) |
| Defendants. | ) ) Case No. A04-247 CV (RRB) |

**ORDER GRANTING STIPULATION TO EXTEND ALL PRETRIAL DEADLINES**

Given that pending motions in state court case 3AN-05-8396 Civil may potentially resolve all matters, although the parties do not concede collateral estoppel, the parties stipulate to continue all pre-trial deadlines for two months.

EIDE, GINGRAS & PATE, P.C.
Attorneys for Plaintiff
Janssen Contracting Company, Inc.

September 1, 2006        By:     s/Thomas S. Gingras
                                         Thomas S. Gingras
                                         Alaska Bar No. 7811098

ROBERTSON, MONAGLE & EASTAUGH
Attorneys for Defendants
Jon P. Colman and Northwest Hygienetics, Inc.

September 1, 2006        By:     s/Robert P. Blasco
                                         Robert P. Blasco
                                         Alaska Bar No. 7710098

Stipulation to Extend Pre-Trial Deadlines                                                                    Page No. 1
*Janssen Contracting v. Jon P. Colman, et al.*, Case No. A04-247 CV (RRB)

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

## ORDER

IT IS SO ORDERED.

Dated this __1__ day of __Sept__, 2006.

/S/
_____
Ralph R. Beistline
United States District Judge

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Stipulation to Extend Pre-Trial Deadlines                                              Page No. 2
*Janssen Contracting v. Jon P. Colman, et al.*, Case No. A04-247 CV (RRB)