IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., </br></br>           Plaintiff, </br></br>vs. </br></br>JON P. COLMAN and NORTHWEST HYGIENETICS, INC., </br></br>           Defendants. | </br></br></br></br></br></br></br></br></br></br></br>Case No. A04-247 CV (RRB) |

## NON-OPPOSED MOTION TO EXTEND ALL PRETRIAL DEADLINES

Plaintiff, JANSSEN CONTRACTING COMPANY, INC. ("Janssen"), requests this Court extend the pretrial deadlines forty-five (45) days. Janssen requests the extension because the parties are awaiting rulings on pending motions in a parallel state court case. Counsel for Janssen spoke with Robert Blasco on October 31, 2006, and he stated that he did not oppose this motion.

This case parallels a state court declaratory judgment action in which the parties are awaiting rulings on pending dispositive motions. The dispute that forms the basis of both this suit and the state declaratory judgment action involves Janssen, the Anchorage School District, and Jon Colman and Northwest Hygienetics, Inc. ("Colman"). Janssen filed a motion for a rule of law while Colman and the Anchorage School District filed cross-motions for summary judgment. The state court held oral argument on the motions

Non-Opposed Motion to Extend All Pretrial Deadlines </br>
*Janssen Contracting v. Jon P. Colman, et al.* </br>
Case No. A04-247 CV (RRB)

Page 1 of 2

Eide, Gingras & Pate P.C. </br>425 G Street, Suite 930 </br>Anchorage, Alaska 99501 </br>(907) 279-0930 telephone </br>(907) 279-0933 fax

and took them under advisement on July 24, 2006, so the court should hopefully issue rulings shortly. Janssen requests the forty-five (45) day extension of the deadlines to avoid duplicative, and perhaps unnecessary, litigation.

Dated this 1st day of November 2006, in Anchorage, Alaska.

                              EIDE, GINGRAS & PATE, P.C.
                              Attorneys for Plaintiff
                              Janssen Contracting Company, Inc.

By:   /s/Thomas S. Gingras
       Thomas S. Gingras
       425 G Street, Suite 930
       Anchorage, AK 99501
       Phone: (907) 279-0930
       Fax: (907) 279-0933
       E-mail: thomas.gingras@egpalaska.com
       Alaska Bar No.: 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 1st day of November 2006, I served by

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

**Attorney for Jon P. Colman and Northwest Hygienetics**
Robert P. Blasco, Esq.
Robertson, Monagle & Eastaugh
9360 Glacier Highway, Suite 202
Juneau, AK 99801

EIDE, GINGRAS & PATE, P.C.

By   /s/Patti J. Juliussen

F:\245\18\pleadings\ Stip to continue pre-trial deadlines 2.DOC

Non-Opposed Motion to Extend All Pretrial Deadlines
*Janssen Contracting v. Jon P. Colman, et al.*
Case No. A04-247 CV (RRB)

Page 2 of 2