Thomas S. Gingras, Esq.
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933
E-mail: thomas.gingras@egpalaska.com

Attorneys for Plaintiff
Janssen Contracting Company, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JON P. COLMAN and NORTHWEST HYGIENETICS, INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. A04-247 CV (RRB) <br> ) |

## ORDER GRANTING NON-OPPOSED MOTION TO EXTEND ALL PRETRIAL DEADLINES

This matter comes before the Court on the Plaintiff's Non-opposed Motion to Extend All Pretrial Deadlines. Having considered the motion and that it is non-opposed, the Court orders that all pretrial deadlines are extended forty-five (45) days.

DATED at Anchorage, Alaska this _____ day of _____, 2006.

_____
The Honorable Ralph R. Beistline
Judge of the Superior Court

CERTIFICATE OF SERVICE

Patti J. Juliussen certifies as follows:
That I am a legal secretary employed by the
law firm of Eide, Gingras & Pate P.C. That on this
1st day of November, 2006, I served

    [X] electronically
    [ ] first class mail

a true and accurate copy of the foregoing
document upon the following counsel of record:

Robert P. Blasco, Esq.
Robertson, Monagle & Eastaugh
801 West 10th Street, Ste 300
Juneau, AK 99802

EIDE, GINGRAS & PATE P.C.

By: /s/Patti J. Juliussen
    Patti J. Juliussen

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Order
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*, Case No. A04-247 CV (RRB)    Page No. 2