Thomas S. Gingras, Esq.
Alaska Bar No. 7811098
EIDE, GINGRAS & PATE P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
Tel. (907) 279-0930
Fax. (907) 279-0933
E-mail: thomas.gingras@egpalaska.com

Attorneys for Plaintiff
Janssen Contracting Company, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JON P. COLMAN and NORTHWEST HYGIENETICS, INC. | ) ) ) |
| Defendants. | ) Case No. A04-247 CV (RRB) |

## **ORDER GRANTING EXTENSION OF PRETRIAL DEADLINES**

Plaintiff's Non-opposed Motion to Extend All Pretrial Deadlines is hereby **GRANTED**. All pretrial deadlines are extended forty-five (45) days.

ENTERED this 1st day of November, 2006.

                                            s/RALPH R. BEISTLINE
                                            UNITED STATES DISTRICT JUDGE