IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JANSSEN CONTRACTING )
COMPANY, INC., )
)
    Plaintiff, )
)
vs. )
)
JON P. COLMAN and NORTHWEST )
HYGIENETICS, INC., )
)
    Defendants. )  Case No. A04-247 CV (RRB)
_____)

## STIPULATION TO EXTEND ALL PRETRIAL DEADLINES

Plaintiff, JANSSEN CONTRACTING COMPANY, INC. ("Janssen"), and Defendants, Jon P. Colman and Northwest Hygienetics, Inc. ("Colman"), request this Court extend the pretrial deadlines sixty (60) days. The parties request the extension because the parties are awaiting rulings on pending motions in a parallel state court case.

This case parallels a state court declaratory judgment action in which the parties are awaiting rulings on pending dispositive motions. The dispute that forms the basis of both this suit and the state declaratory judgment action involves Janssen, the Anchorage School District and Colman. Janssen filed a motion for a rule of law while Colman and the Anchorage School District filed cross-motions for summary judgment. The state court held oral argument on the motions and took them under advisement on July 24, 2006, so

the court should hopefully issue rulings shortly.  Janssen and Colman request the sixty (60) day extension of the deadlines in the present case to avoid duplicative, and perhaps unnecessary, litigation.

                              EIDE, GINGRAS & PATE, P.C.
                              Attorneys for Plaintiff
                              Janssen Contracting Company, Inc.

January 2, 2007                    By: ____s/Thomas S. Gingras
                                        Thomas S. Gingras
                                        Alaska Bar No. 7811098

                              ROBERTSON, MONAGLE & EASTAUGH
                              Attorneys for Defendants
                              Jon P. Colman and Northwest Hygienetics, Inc.

January 2, 2007                    By: ____s/Robert P. Blasco
                                        Robert P. Blasco
                                        Alaska Bar No. 7710098

## ORDER

IT IS SO ORDERED.

Dated this _____ day of _____, 2007.

                              _____
                              Ralph R. Beistline
                              United States District Judge

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Stipulation
*Janssen Contracting v. Jon P. Colman, et al.,* Case No. A04-247 CV (RRB)      Page 2

1 **CERTIFICATE OF SERVICE**

2 I am a legal secretary employed by the law firm of Eide, Gingras & Pate, P.C. That on this 2st day of January 2007, I served by

3   [x] Electronically

4 a true and accurate copy of the foregoing document upon the following counsel of record:

5 **Attorney for Jon P. Colman and Northwest Hygienetics**
Robert P. Blasco, Esq.
6 Robertson, Monagle & Eastaugh
9360 Glacier Highway, Suite 202
7 Juneau, AK  99801

8 EIDE, GINGRAS & PATE, P.C.

By__/s/Patti J. Juliussen_____
9
F:\245\18\pleadings\ Stip to continue pre-trial deadlines 3.DOC

Eide, Gingras & Pate P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Stipulation
*Janssen Contracting v. Jon P. Colman, et al.*, Case No. A04-247 CV (RRB)                    Page 3