IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JON P. COLMAN and NORTHWEST HYGIENETICS, INC., <br><br> Defendants. | Case No. A04-247 CV (RRB) |

**STIPULATION TO EXTEND ALL PRETRIAL DEADLINES**

Plaintiff, JANSSEN CONTRACTING COMPANY, INC. ("Janssen"), and Defendants, Jon P. Colman and Northwest Hygienetics, Inc. ("Colman"), request this Court extend the pretrial deadlines sixty (60) days. The parties request the extension because the parties are awaiting rulings on pending motions in a parallel state court case.

This case parallels a state court declaratory judgment action in which the parties are awaiting rulings on pending dispositive motions. The dispute that forms the basis of both this suit and the state declaratory judgment action involves Janssen, the Anchorage School District and Colman. Janssen filed a motion for a rule of law while Colman and the Anchorage School District filed cross-motions for summary judgment. The state court held oral argument on the motions and took them under advisement on July 24, 2006, so

the court should hopefully issue rulings shortly. Janssen and Colman request the sixty (60) day extension of the deadlines in the present case to avoid duplicative, and perhaps unnecessary, litigation.

                                      EIDE, GINGRAS & PATE, P.C.
                                      Attorneys for Plaintiff
                                      Janssen Contracting Company, Inc.

January 2, 2007                By: _____s/Thomas S. Gingras_____
                                             Thomas S. Gingras
                                             Alaska Bar No. 7811098

                                      ROBERTSON, MONAGLE & EASTAUGH
                                      Attorneys for Defendants
                                      Jon P. Colman and Northwest Hygienetics, Inc.

January 2, 2007                By: _____s/Robert P. Blasco_____
                                             Robert P. Blasco
                                             Alaska Bar No. 7710098

## ORDER

IT IS SO ORDERED.

Dated this 4 day of January, 2007.

_____s/RRB_____
Ralph R. Beistline
United States District Judge