IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JON P. COLMAN and NORTHWEST ) <br> HYGIENETICS, INC, ) <br> ) <br> Defendants. ) <br> ) | Case No. A04-0247CV (RRB) |

## NOTICE OF DISCLOSURE OF EXPERT REPORT

Jon P. Colman and Northwest Hygienetcs, Inc. provides notice that it has served the expert report of Elizabeth Black on counsel for the plaintiff.

DATED this 20th day of March, 2007

s/ Robert P. Blasco
Of Attorneys for Jon P. Colman and Northwest Hygienetics, Inc.
ROBERTSON, MONAGLE & EASTAUGH
9360 Glacier Hwy, Ste. 202
Juneau, AK 99801
Phone 907-586-3340
Fax 907-586-6818
rpblasco@romea.com

**Certificate of Service**
On 3/20/07 a true and correct copy of the foregoing document was served on the following attorney(s) of record via:
☐ U.S. First Class Mail, postage pre-paid/Electronic

Thomas S. Gingras
Eide, Miller & Pate
425 G St., Ste. 930
Anchorage, AK 99501

s/ Laurie Gyles-Chesnut