IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> JON P. COLMAN and NORTHWEST HYGIENETICS, INC <br><br> Defendants. | Case No. A04-0247CV (RRB) |

**STIPULATION AND ORDER REGARDING CLOSE OF DISCOVERY**

The parties agree and stipulate and request the Court order that the close of discovery be extended for at least three months until June 30, 2007, for the purpose of taking depositions only.

DATED: May 2, 2007.

s/ Robert P. Blasco
Of Attorneys for Jon P. Colman and Northwest Hygienetics, Inc.
ROBERTSON, MONAGLE & EASTAUGH
9360 Glacier Hwy, Ste. 202
Juneau, AK 99801
Phone 907-586-3340
Fax 907-586-6818
rpblasco@romea.com

DATED: May 2, 2007

s/ Thomas S. Gingras
of Attorneys for Janssen Contracting Co
425 G St., Ste. 930
Anchorage, AK 99501
Phone 907-279-0930
Fax 907-2479-0399
thomas.gingras@egpalaska.com

## **ORDER**

IT IS SO ORDERED

DATED:_____                                                        _____
                                                                                                        US District Court Judge