IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JANSSEN CONTRACTING COMPANY, )
                              )
            Plaintiff,        )
                              )
v.                            )
                              )  Case No. A04-0247CV (RRB)
JON P. COLMAN and NORTHWEST   )
HYGIENETICS, INC              )
                              )
            Defendants.       )
_____)

**STIPULATION AND ORDER REGARDING CERTAIN PRETRIAL DATES**

The parties have engaged in written discovery. Additionally, the parties have been involved in extensive motion practice in *Janssen v. Colman, et.al.* 3AN-05-8396, and informal discussions directed at a potential resolution of both cases. During the time related to that motion practice and those informal discussions, other scheduling matters have occurred, which further complicate the parties fairly addressing the final pretrial dates.

The remaining pretrial dates are:

Discovery Motions

Motions in Limine

Close of Discovery for the Taking of Depositions

The ability of the parties to adequately complete the deposition process will likely involve extensive document review, which the parties have not undertaken in full in order to potentially save those expenses pending the state court decision and the discussions toward resolution.

For these reasons, the parties stipulate and agree and request the Court order an extension of the above pretrial dates as follows:

Close of Discovery for Taking Depositions: December 20, 2007

Discovery Motions: February 4, 2008

Motions in Limine: February 4, 2008

The parties believe that they have been diligent in their efforts in both pending cases and will endeavor to complete the pretrial process in good faith within the proposed dates.

DATED: May 7, 2007	s/ Robert P. Blasco
	Of Attorneys for Jon P. Colman and Northwest Hygienetics, Inc.
	ROBERTSON, MONAGLE & EASTAUGH
	9360 Glacier Hwy, Ste. 202
	Juneau, AK 99801
	Phone 907-586-3340
	Fax 907-586-6818
	rpblasco@romea.com

DATED: May 7, 2007	s/ Thomas S. Gingras
	of Attorneys for Janssen Contracting Co
	425 G St., Ste. 930
	Anchorage, AK 99501
	Phone 907-279-0930
	Fax 907-2479-0399
	thomas.gingras@egpalaska.com

## ORDER

IT IS SO ORDERED

DATED:_____	_____
	US District Court Judge