IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON P. COLMAN and NORTHWEST )<br>HYGIENETICS, INC )<br>)<br>Defendants. )<br>_____) | Case No. A04-0247CV (RRB) |

## STIPULATION AND ORDER REGARDING CERTAIN PRETRIAL DATES

The parties have engaged in written discovery. Additionally, the parties have been involved in extensive motion practice in *Janssen v. Colman, et.al.* 3AN-05-8396, and informal discussions directed at a potential resolution of both cases. During the time related to that motion practice and those informal discussions, other scheduling matters have occurred, which further complicate the parties fairly addressing the final pretrial dates.

The remaining pretrial dates are:

Discovery Motions

Motions in Limine

Close of Discovery for the Taking of Depositions

The ability of the parties to adequately complete the deposition process will likely involve extensive document review, which the parties have not undertaken in full in order to potentially save those expenses pending the state court decision and the discussions toward resolution.

For these reasons, the parties stipulate and agree and request the Court order an extension of the above pretrial dates as follows:

Close of Discovery for Taking Depositions: December 20, 2007

Discovery Motions: February 4, 2008

Motions in Limine: February 4, 2008

The parties believe that they have been diligent in their efforts in both pending cases and will endeavor to complete the pretrial process in good faith within the proposed dates.

| | |
|---|---|
| DATED: May 7, 2007 | s/ Robert P. Blasco<br>Of Attorneys for Jon P. Colman and Northwest Hygienetics, Inc.<br>ROBERTSON, MONAGLE & EASTAUGH<br>9360 Glacier Hwy, Ste. 202<br>Juneau, AK 99801<br>Phone 907-586-3340<br>Fax 907-586-6818<br>rpblasco@romea.com |
| DATED: May 7, 2007 | s/ Thomas S. Gingras<br>of Attorneys for Janssen Contracting Co<br>425 G St., Ste. 930<br>Anchorage, AK 99501<br>Phone 907-279-0930<br>Fax 907-2479-0399<br>thomas.gingras@egpalaska.com |

## ORDER

IT IS SO ORDERED

DATED: 5/8/07

S/ RALPH R BEISTLINE
US District Court Judge