Robert P. Blasco
HOFFMAN SILVER GILMAN & BLASCO
9360 Glacier Highway, Suite 202
Juneau, AK 99801
Phone 907 586-3340
Fax 907 586-6818

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JON P. COLMAN and NORTHWEST )<br>HYGIENETICS, INC )<br>)<br>Defendants. )<br>_____) | Case No. A04-0247CV (RRB) |

## NOTICE OF CHANGE OF FIRM NAME

Please note the following change of firm name for the law firm of Robertson, Monagle & Eastaugh, P.C., and Robert P. Blasco. Please direct all pleadings and other communications in this matter to Mr. Blasco at:

        Hoffman Silver Gilman & Blasco P.C.
        9360 Glacier Highway, Suite 202
        Juneau, Alaska 99801

DATED: February 22, 2008    s/ Robert P. Blasco
                                          Of Attorneys for Jon P. Colman and Northwest
                                          Hygienetics, Inc.
                                          HOFFMAN SILVER GILMAN & BLASCO
                                          9360 Glacier Hwy, Ste. 202
                                          Juneau, AK 99801
                                          Phone 907-586-3340
                                          Fax 907-586-6818
                                          rpblasco@romea.com

**CERTIFICATE OF SERVICE**

I certify that on February 22, 2008 a copy of the forgoing document was served on:

Thomas S. Gingras
of Attorneys for Janssen Contracting Co
425 G St., Ste. 930
Anchorage, AK 99501

Via ECF notification.

s/ Laurie Gyles-Chesnut

2

*Notice of Change of Firm Name*