IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JON P. COLMAN and NORTHWEST HYGIENETICS, INC., | ) ) ) |
| Defendants. | ) Case No. A:04-CV-00247 (RRB) ) |

**STATUS REPORT RE CERTIFICATION FOR TRIAL**

In response to the Court's order concerning certification of readiness for trial, the parties, through their counsel, request a status conference with the Court.

The reason for the request is that settlement negotiations are ongoing, including this case and the related state court case, and the parties would be grateful for an opportunity to play that process out until its end.

DATED at Anchorage, Alaska this 10th day of March 2008.

          EIDE & GINGRAS, P.C.
          Attorneys for Plaintiff
          Janssen Construction Company, Inc.

          By:   s/Thomas S. Gingras
                Thomas S. Gingras
                425 G Street, Suite 930
                Anchorage, AK  99501
                Phone:  (907) 279-0930
                Fax:    (907) 279-0933
                E-mail:  tsgingras@egpalaska.com

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Status Report re Certification for Trial    Page 1 of 2
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A:04-CV-00247 (RRB)

Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 10th day of March 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Robert P. Blasco, Esq.
    Hoffman Silver Gilman & Blasco, P.C.
    9360 Glacier Highway, Suite 202
    Juneau, AK  99801

EIDE & GINGRAS, P.C.

By___/s/Donna Charter_____

F:\245\18\pleadings\Status Report.DOC

Status Report re Certification for Trial   Page 2 of 2
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. A:04-CV-00247 (RRB)