```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 JANSSEN CONTRACTING CO. INC.   vs.  JON P. COLMAN, ET AL

BEFORE THE HONORABLE RALPH R. BEISTLINE CASE NO. 3:04-CV-00247-RRB

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:    PLAINTIFF:    THOMAS GINGRAS

                DEFENDANT:    ROBERT BLASCO - TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD MARCH 28, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

Court and counsel heard re mediation and discovery.

Court heard. Parties to file a Joint Status Report by **June 2, 2008.**

At 9:08 a.m. court adjourned.

DATE:      March 28, 2008        DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07