IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| JON P. COLMAN and NORTHWEST HYGIENETICS, INC., | )<br>)<br>) |
| Defendants. | ) Case No. 3:04-CV-00247 (RRB)<br>) |

**STATUS REPORT**

The parties, through their respective counsel, pursuant to its order requiring a status report on this date, can advise the Court that a settlement agreement has been reached in principle which resolves all pending litigation among the parties in this case and related cases.

Draft settlement documents are being circulated and, barring any unforeseen complications, the parties expect to be able to circulate the closing report and/or a stipulation for dismissal within the next thirty days.

Accordingly, the parties request that they be allowed thirty days in which to conclude this contemplated transaction. Within that time frame, the parties will either file a stipulation for dismissal or an updated status report.

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

DATED at Anchorage, Alaska this 2nd day of June, 2008.

> EIDE & GINGRAS, P.C.
> Attorneys for Plaintiff
> Janssen Construction Company, Inc.
>
> By:   s/Thomas S. Gingras
>      Thomas S. Gingras
>      425 G Street, Suite 930
>      Anchorage, AK  99501
>      Phone:  (907) 279-0930
>      Fax:      (907) 279-0933
>      E-mail:  tsgingras@egpalaska.com
>      Alaska Bar No. 7811098

DATED at Anchorage, Alaska this 2nd day of June, 2008.

> HOFFMAN SILVER GILMAN & BLASCO, P.C.
> Attorneys for Plaintiff
> Janssen Construction Company, Inc.
>
> By:   s/Robert P. Blasco
>      Robert P. Blasco
>      9360 Glacier Highway, Suite 202
>      Juneau, AK  99801
>      Phone:  (907) 586-3340
>      Fax:      (907) 586-6818
>      E-mail:  rpblasco@hsgblaw.com
>      Alaska Bar No. 7710098

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Status Report
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. 3:04-CV-00247 (RRB)

Page 2 of 3

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 2nd day of June, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Robert P. Blasco, Esq.
    Hoffman Silver Gilman & Blasco, P.C.
    9360 Glacier Highway, Suite 202
    Juneau, AK  99801

EIDE & GINGRAS, P.C.

By\_\_\_/s/Donna Charter_____

F:\245\18\pleadings\Status Report 2.DOC

Status Report
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. 3:04-CV-00247 (RRB)

Page 3 of 3