IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| JON P. COLMAN and NORTHWEST HYGIENETICS, INC., | ) ) ) |
| Defendants. | ) ) |

Case No. 3:04-CV-00247 (RRB)

## **STATUS REPORT**

Absent objection from opposing counsel and pursuant to its order requiring a status report on this date, the parties can advise the Court that a settlement agreement has been reached which resolves all pending litigation among the parties in this case and related cases.

A stipulation to dismiss will be filed with the Court once all parties have signed the settlement agreement.

DATED at Anchorage, Alaska this 2nd day of July, 2008.

EIDE & GINGRAS, P.C.
Attorneys for Plaintiff
Janssen Construction Company, Inc.

By:___s/Thomas S. Gingras_____
Thomas S. Gingras
425 G Street, Suite 930
Anchorage, AK  99501
Phone:  (907) 279-0930

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Fax: (907) 279-0933
E-mail: tsgingras@egpalaska.com
Alaska Bar No. 7811098

**CERTIFICATE OF SERVICE**

I am a legal secretary employed by the law firm of Eide & Gingras, P.C. That on this 2nd day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

    Robert P. Blasco, Esq.
    Hoffman Silver Gilman & Blasco, P.C.
    9360 Glacier Highway, Suite 202
    Juneau, AK  99801

EIDE & GINGRAS, P.C.

By  /s/Donna Charter

F:\245\18\pleadings\Status Report 2.DOC

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax