IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JANSSEN CONTRACTING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JON P. COLMAN and NORTHWEST HYGIENETICS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:04-CV-00247 (RRB) |

**STIPULATION TO DISMISS WITH PREJUDICE**

The parties, through counsel, stipulate that all claims and counterclaims in this action, made or which could have been made, are dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

The parties certify that the settlement information required under AS 09.68.130 and Alaska Civil Rule 41(a)(3) will be submitted to the Alaska Judicial Council within thirty (30) days.

DATED at Anchorage, Alaska this 31st day of July, 2008.

EIDE & GINGRAS, P.C.
Attorneys for Plaintiff
Janssen Construction Company, Inc.

By:  s/Thomas S. Gingras
     Thomas S. Gingras
     425 G Street, Suite 930
     Anchorage, AK  99501
     Phone:  (907) 279-0930

Stipulation to Dismiss With Prejudice    Page 1 of 2
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. 3:04-CV-00247 (RRB)

Eide & Gingras, P.C.
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax

Fax:    (907) 279-0933
E-mail:  tsgingras@egpalaska.com
Alaska Bar No. 7811098

DATED at Anchorage, Alaska this 31st day of July, 2008.

HOFFMAN SILVER GILMAN & BLASCO, P.C.
Attorneys for Defendants
Jon P. Colman and Northwest Hygienetics, Inc.

By:    s/Robert P. Blasco
Robert P. Blasco
9360 Glacier Highway, Suite 202
Juneau, AK  99801
Phone:  (907) 586-3340
Fax:    (907) 586-6818
E-mail:  rpblasco@hsgblaw.com
Alaska Bar No. 7710098

CERTIFICATE OF SERVICE

I am a legal secretary employed by the law firm of Eide & Gingras, P.C.  That on this 31st day of July, 2008, I served

    [x] Electronically

a true and accurate copy of the foregoing document upon the following counsel of record:

   Robert P. Blasco, Esq.
   Hoffman Silver Gilman & Blasco, P.C.
   9360 Glacier Highway, Suite 202
   Juneau, AK  99801

EIDE & GINGRAS, P.C.

By   /s/Donna Charter

F:\245\18\pleadings\Stip to Dismiss.DOC

Stipulation to Dismiss With Prejudice                                                          Page 2 of 2
*Janssen Contracting Company, Inc. v. Jon P. Colman, et al.*
Case No. 3:04-CV-00247 (RRB)

*Eide & Gingras, P.C.*
425 G Street, Suite 930
Anchorage, Alaska 99501
(907) 279-0930 telephone
(907) 279-0933 fax